# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2013

*The Court of Appeals hereby passes the following order:*

## A14A0587.  HERBERT M. COLE v. CITIBANK SOUTH DAKOTA, N. A.

Citibank South Dakota N. A. filed a suit on account against Herbert Cole in State Court of Fulton County.  The trial court granted summary judgment to Citibank, awarding the principal amount of $3,735.04, accrued interest, and all costs of the action. Cole appealed directly to the Superior Court of Fulton County, which properly transferred the case to this Court.[1]  We lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is [$10,000] or less, an application for discretionary appeal is required. [Cit.]" *Lightwerk Studios v. Door Units of Ga.*, 184 Ga. App. 148, 149 (361 SE2d 32) (1987); see also OCGA § 5-6-35 (a) (6).  Inasmuch as the total judgment in favor of Citibank is for less than $10,000, the entry of summary judgment provides no basis for a direct appeal in this case.  See *Ca-Shar, Inc. v. McKesson Corp.*, 204 Ga. App. 865, 865-866 (420 SE2d 810) (1992). Accordingly, because Cole failed to follow the required procedure, this Court lacks jurisdiction to consider his appeal, and it is ordered DISMISSED. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603, 604 (469 SE2d 844) (1996).

---

[1] The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere."  See Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 12/17/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*